### No. 311.

Circuit Court of Appeals, Second Circuit.

July 6, 1942.

## NATIONAL LABOR RELATIONS BOARD v. SHERWIN–WILLIAMS CO.

### No. 7931.

Circuit Court of Appeals, Third Circuit.

Argued July 6, 1942.

Decided Aug. 3, 1942.

256

Herbert Fuchs, Atty., (Robert B. Watts, Gen. Counsel, Ernest A. Gross, Associate Gen. Counsel, Gerhard P. Van Arkel, Asst. Gen. Counsel, Roman Beck, and Robert F. Proctor, all of Washington, D. C., Attys. National Labor Relations Board, on the brief), for petitioner.

George D. Bonebrake and Thomas F. Veach, both of Cleveland, Ohio (Jones, Day, Cockley & Reavis, and Thos. M. Harman, all of Cleveland, Ohio, on the brief), for respondent.

Before MARIS and GOODRICH, Circuit Judges, and BARD, District Judge.

PER CURIAM.

The National Labor Relations Board has petitioned for the enforcement of its order against the Sherwin-Williams Company. The company opposes the petition principally upon the ground that the fact findings upon which the order is based are not supported by substantial evidence. Our examination of the record satisfies us that this contention is wholly without merit and that, on the contrary, the evidence and the inferences fairly to be drawn therefrom abundantly support the Board's findings. The Board's conclusions and order follow from its findings upon principles now so well established in the law as to require no reiteration here.

A decree enforcing the order of the Board will be entered.

Charles W. Hagen, of New York City, (Hagen & Eidenbach and Nelson J. Johnson, all of New York City, of counsel), for the appellants.

Leo F. Hanan and Macklin, Brown, Lenahan & Speer, all of New York City, for Moran Towing & Transportation Co., Inc.

Foley & Martin, of New York City, for libelant-appellee.

Before L. HAND, AUGUSTUS N. HAND and CLARK, Circuit Judges.